UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME L. ZEPEDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. PETERSON, et. al,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-1085- JLT<br><br>ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. 4)<br><br>ORDER DENYING MOTION TO COMPEL CERTIFICATION OF TRUST ACCOUNT<br><br>(Doc. 8). |

　　　　Plaintiff is a prisoner proceeding pro se in an action pursuant to 42 U.S.C. § 1983. On August 3, 2012, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 3). Although the Court found that Plaintiff made the showing required by § 1915(a)(1), the portion of the application regarding his trust fund account statement was not completed or signed. (Doc. 3). On August 14, 2012, the Court therefore ordered Plaintiff to forward a certified copy of his prison trust account statement showing transactions for the six months prior to the filing of his complaint to the Court by October 3, 2012. (Doc. 3).

　　　　On October 4, 2012, Plaintiff filed a motion asking this Court to compel certification of his inmate trust account. (Doc. 8). Plaintiff contends he has tried, without success, to obtain the certification, but has been unable to do so. (Doc. 8). Plaintiff attaches more than 20 pages of exhibits

1

to support his assertions. (Doc. 8 at 6-27). However, the majority of those documents are dated before Plaintiff filed suit in this case and appear to relate to grievances in other cases. While he attaches the initial request he made for certification of his trust account in July 2012, it does not appear that he made any further attempts to obtain the certification after the Court's August 14, 2012 order. (Doc. 8). Additionally, a review of two other cases Plaintiff previously filed in this Court (now closed) demonstrates that he has been able to obtain certifications in the past. (1:06-cv-01391 LJO-GSA, 1:07-cv-00982-SMM). For this reason, Plaintiff's request for an order to compel is DENIED.

Additionally, it is HEREBY ORDERED that within 21 days from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to follow the Court's Order and obtain the certification. In doing so, Plaintiff should take additional steps and explain what steps he has taken (other than his initial request) to comply with the Court's order. Alternatively, within the same 21 day period, Plaintiff SHALL submit a completed certificate of funds as previously ordered.

**Plaintiff is cautioned that if he fails to comply with this order, the Court may result in a dismissal his matter.**

IT IS SO ORDERED.

Dated:   **October 10, 2012**                             **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE