UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME L. ZEPEDA,<br><br>        Plaintiff,<br><br>    v.<br><br>T. PETERSON, et. al,<br><br>        Defendants. | ) Case No.: 1:12-cv-01085 – LJO JLT (PC)<br>)<br>) ORDER WITHDRAWING ORDER TO SHOW<br>) CAUSE ISSUED BY THE COURT ON MARCH<br>) 20, 2013<br>)<br>) (Doc. 17).<br>)<br>)<br>) |

Plaintiff Jaime L. Zepeda ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in an action pursuant to 42 U.S.C. § 1983. On March 20, 2013, the Court issued an Order requiring Plaintiff to show cause why he had not complied with the Court's Order, dated February 20, 2013, which required Plaintiff to file his First Amended Complaint on or by March 15, 2013. (Doc. 17). The Court notes that Plaintiff filed his First Amended Complaint on March 18, 2013. (Doc. 16).

The Court hereby **ORDERS** that the Court's Order to Show Cause, dated March 20, 2013 (Doc. 17), is hereby **WITHDRAWN.**

IT IS SO ORDERED.

Dated:   **March 23, 2013**               /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28