UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME L. ZEPEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. PETERSON,<br><br>　　　　Defendant. | Case No.: 1:12-cv-01085-LJO-JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>(Doc. 19). |

Plaintiff Jaime L. Zepeda ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2013, the Court struck Plaintiff's first amended complaint (Doc. 19) for failure to comply with the Court's order dated January 22, 2013. (Doc. 13). Plaintiff was granted leave to file an amended complaint that complied with the January 22 order within 21 days of the date of service of the April 29, 2013, order. (Doc. 19). More than 21 days have passed and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831

1

(9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g.* <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); <u>Malone v. U.S. Postal Service</u>, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); <u>Henderson v. Duncan</u>, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

**ORDER**

Based upon the foregoing, the court **ORDERS**:

1.  **Within 14 days** of the date of service of this order, Plaintiff SHALL show cause in writing why the action should not be dismissed for his failure comply with the Court's orders. In the alternative, **within this same 14-day period**, Plaintiff may file his amended complaint.

**<u>Plaintiff is advised that his failure to comply with this order will result in a recommendation that this matter be dismissed.</u>**

IT IS SO ORDERED.

Dated:   **May 22, 2013**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE